IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY STARLING | : |
| | : CIVIL ACTION FILE NO. 24-cv-797 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NEWSMAX MEDIA, INC. | : |
| | : |
| Defendant. | : |
| | : |
| | : |
| _____/ | |

**NOTICE OF APPEARANCE**

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated: August 20, 2024            PLAINTIFF,


*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100