# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Kimberly Starling** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Newsmax Media Inc** )<br>)<br>*Defendant* ) | Civil Action No. 4:24-cv-00797-O |

## AFFIDAVIT OF SERVICE

I, J Lee Vause, Jr., state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on August 20, 2024, at 4:52 pm. I delivered these documents to Newsmax Media Inc. in Leon County, FL on August 21, 2024 at 12:22 pm at 115 North Calhoun Street, Suite 4, Tallahassee, FL 32301 by leaving the following documents with Patrice Rush who as Intake Specialist at Cogency Global, Inc is authorized by appointment or by law to receive service of process for Newsmax Media Inc..

Summons and PLAINTIFF'S CLASS ACTION COMPLAINT

Black or African American Female, est. age 25-34, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.4425003,-84.2627926
Photograph: See Exhibit 1

Total Cost: $85.00

My name is J Lee Vause, Jr., my date of birth is 5/2/1960, and my address is 221 W Park Ave, Tallahassee, FL 32302, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u>Leon County</u>, <u>FL</u> on <u>8/22/2024</u>.

/s/ *J Lee Vause, Jr.*

J Lee Vause, Jr.
+1 (850) 510-2797
Certification Number: 081
Expiration Date: 3/31/2025

