UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEWSMAX MEDIA, INC.,<br><br>　　　　Defendant. | Case No. 4:24-cv-00797-O |

# ORDER

The Court has considered defendant Newsmax Media, Inc.'s ("Newsmax") Unopposed Motion to Extend the Deadline to Answer, Move, or Otherwise Respond to Plaintiff's Complaint ("Unopposed Motion to Extend"). After considering all briefing and argument on the matter, the Court is of the opinion that the Unopposed Motion to Extend should be and hereby is **GRANTED.** Newsmax shall have until October 10, 2024, to respond to Plaintiff's Complaint.

**SO ORDERED.**

Done in Dallas, Texas this _____ day of _____, 2024.


_____
United States District Judge