IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-00797-O |
| | § | |
| NEWSMAX MEDIA INC, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Answer (ECF No. 8), filed on August 23, 2024. Because the request is unopposed and contains no evidence of undue delay, bad faith, or dilatory motive, the Court **GRANTS** the requested relief. Accordingly, Defendants' response deadline is extended until **October 10, 2024**.

**SO ORDERED** on this **26th day** of **August, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE