# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Kimberly Starling
Plaintiff

v.

Newsmax Media, Inc.
Defendant

4:24-cv-00797-O
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Newsmax Media, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Defendant Newsmax Media, Inc. is a subsidiary of Newsmax, Inc., a non-publicly-traded corporation. Newsmax Media, Inc. is unaware of any publicly-held corporation that owns 10% or more of its or Newsmax, Inc.'s common stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Defendant Newsmax Media, Inc., Steptoe LLP, Plaintiff Kimberly Starling, R'kes Starling, Perrong Law LLC, Paronich Law, P.C., and Sharon K. Campbell, Attorney at Law.

| | |
|---|---|
| Date: | August 29, 2024 |
| Signature: | /s/ Paul J. Stancil |
| Print Name: | Paul J. Stancil |
| Bar Number: | 00797488 |
| Address: | 14106 Rocksprings Court |
| City, State, Zip: | Dallas, Texas 75254 |
| Telephone: | 713-221-2321 |
| Fax: | 713-221-2320 |
| E-Mail: | pstancil@steptoe.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.