UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIMBERLY STARLING, individually and
on behalf of all others similarly situated,

          Plaintiff,

v.

NEWSMAX MEDIA, INC.,

          Defendant.

Case No. 4:24-cv-00797-O

**[PROPOSED] ORDER GRANTING DEFENDANT'S PARTIAL
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Before the Court is Defendant's Partial Motion to Dismiss Plaintiff's Complaint, filed on

October 10, 2024. After considering the Motion, the Court is of the opinion that Motion should be

GRANTED. It is therefore ORDERED that:

The Second Cause of Action in Plaintiff's Class Action Complaint, "Violations of Texas

Business and Commercial Code § 302.101," is hereby dismissed with prejudice.

Dated: _____

_____
Judge Reed O'Connor
United States District Court
Northern District of Texas
Fort Worth Division