UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| _Plaintiff_ | § § § § |  |
|---|---|---|
| v. | § § | Case No. _____ |
| _Defendant_ | § § § § § |  |

**APPLICATION FOR ADMISSION _PRO HAC VICE_**
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____
(Street Address)

_____    _____    _____
(City)                        (State)         (Zip Code)

_____    _____
(Telephone No.)               (Fax No.)

**II.**  Applicant will sign all filings with the name _____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

_____, where Applicant regularly practices law.

Bar license number:_____   Admission date:_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|--------|-----------------|---------------------|
|        |                 |                     |
|        |                 |                     |
|        |                 |                     |
|        |                 |                     |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____, who has offices at

(Street Address)

(City)   (State)   (Zip Code)

(Telephone No.)   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of_____, _____.

Printed Name of Applicant

*Emily C. Tift*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

## CERTIFICATE OF GOOD STANDING

I, __Fernando Galindo__, Clerk of this Court, certify that __Emily Campbell Tifft__, Bar # __97259__, was duly admitted to practice in this Court on __09/24/2024__, and is in good standing as a member of the Bar of this Court.

Dated at __Alexandria, Virginia__ on __09/24/2024__
       *(Location)*                          *(Date)*

*Jacqueline Black*
DEPUTY CLERK