IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>NEWSMAX MEDIA, INC.<br><br><br>　　　　　　　　　　Defendant. | Case No. 24-797<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF NON-OPPOSITION TO DEFENDANT'S
PARTIAL MOTION TO DISMISS**

COMES NOW Plaintiff Kimberly Starling, by and through the undersigned counsel, and hereby files this Notice of Non-Opposition to Defendant's Partial Motion to Dismiss. Plaintiff does not intend to oppose the Defendant's Partial Motion to Dismiss. Furthermore, Plaintiff consents to withdraw her second cause of action, for violations of the Texas Business and Commerce Code premised upon the Texas Telemarketer Registration Act, or in the alternative consents to dismiss them *without* prejudice. This Notice should not be deemed as an admission of any of the averments or legal conclusions contained therein, which are expressly denied.

RESPECTFULLY SUBMITTED AND DATED this October 15, 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　　　　　　　Andrew Roman Perrong, Esq.
　　　　　　　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　　　　　　　a@perronglaw.com

1

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.

Dated: October 15, 2024

                                         */s/ Andrew Roman Perrong*
                                         Andrew Roman Perrong, Esq.
                                         Perrong Law LLC
                                         2657 Mount Carmel Avenue
                                         Glenside, Pennsylvania 19038
                                         Phone: 215-225-5529 (CALL-LAW)
                                         Facsimile: 888-329-0305
                                         a@perronglaw.com