UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-00797-O |
| | § | |
| NEWSMAX MEDIA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are Defendant's Partial Motion to Dismiss Plaintiff's Complaint (ECF No. 16), filed October 10, 2024, and Plaintiff's Notice of Non-Opposition to Defendant's Motion (ECF No. 18), filed October 15, 2024. Defendant moves to dismiss Plaintiff's second cause of action, and Plaintiff agrees to withdraw that claim. The Court construes these filings as a Joint Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, Plaintiff's second cause of action shall be **DISMISSED without prejudice** to the refiling of same.

SO ORDERED on this **15th day** of **October, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE