UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KIMBERLY STARLING, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> NEWSMAX MEDIA, INC., § <br> § <br> Defendant. § | Civil Action No. 4:24-CV-00797-O |

**ORDER**

Before the Court is parties' Agreed Motion to Amend the Scheduling Order and for Leave to Mediate Remotely. ECF No. 24. The Court finds good cause to **GRANT** the Motion. Accordingly, the Court **ORDERS** that parties be exempted from the Court's in-person mediation requirement, and it **ADOPTS** and **ENTERS** the following proposed amendments to the Scheduling Order:

| Relevant Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Mediation | March 19, 2025 | June 19, 2025 |
| Completion of Discovery | April 18, 2025 | July 18, 2025 |
| Dispositive Motions | May 19, 2025 | August 19, 2025 |
| Pretrial Disclosures and Objections | August 6, 2025. Objections due 14 days thereafter. | November 6, 2025. Objections due 14 days thereafter. |
| Expert Objections | August 11, 2025 | November 11, 2025 |
| Pretrial Material (pretrial order, etc.) | August 21, 2025 | November 21, 2025 |
| Exchange of Exhibits | September 2, 2025 | December 2, 2025 |
| Pretrial Conference | To be set if necessary. | To be set if necessary. |
| Trial Date | September 15, 2025 | December 15, 2025 |

**SO ORDERED** on this **21st day** of **February, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**