UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>NEWSMAX MEDIA, INC.,<br><br>　　　　　Defendant. | Case No. 4:24-cv-00797-O |

## DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.12, Defendant Newsmax Media, Inc. ("Newsmax,") respectfully requests that the Court grant Emily C. Tifft of the law firm of Steptoe LLP to withdraw her appearance as attorney of record for Newsmax in this action due to her departure from Steptoe LLP. Newsmax will continue to be represented by its remaining undersigned counsel of record.

Plaintiff does not oppose the relief requested by Newsmax herein.

Dated: April 16, 2025

Respectfully submitted,

**STEPTOE LLP**

*/s/ Daniel S. Blynn*
Daniel S. Blynn (admitted *pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
dblynn@steptoe.com

Paul J. Stancil
State Bar No. 00797488
14106 Rocksprings Court
Dallas, TX 75254
Telephone: (713) 221-2321
pstancil@steptoe.com

*Attorneys for Defendant*

## LR 7.1 CERTIFICATE OF CONFERENCE

On April 16, 2025, one of Newsmax's counsel conferred telephonically with one of Plaintiff's attorneys regarding this Motion for Leave to Withdraw as Counsel. Plaintiff does not oppose the relief requested herein.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record via the CM/ECF system.

/s/ *Daniel S. Blynn*
Daniel S. Blynn