UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>NEWSMAX MEDIA, INC.,<br><br>       Defendant. | Case No. 4:24-cv-00797-O |

## **PROPOSED ORDER**

Having reviewed and considered Defendant Newsmax Media, Inc.'s ("Newsmax") Motion for Leave to Withdraw as Counsel, and good cause appearing, the Court hereby orders that Emily C. Tifft be permitted to withdraw as counsel of record for Newsmax. The Court's ECF system shall be updated to reflect this change.

IT IS SO ORDERED

Dated: _____     _____
                                                                                                 Judge Reed O' Connor
                                                                                                 UNITED STATES DISTRICT JUDGE