# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **KIMBERLY STARLING,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-00797-O |
| | § | |
| **NEWSMAX MEDIA, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Newsmax Media, Inc.'s ("Newsmax") Motion for Leave to Withdraw as Counsel. ECF No. 26. Finding good cause in support, the Court **ORDERS** that Emily C. Tifft be permitted to withdraw as counsel of record for Newsmax. The Court's ECF system shall be updated to reflect this change.

**SO ORDERED** on this **18th day** of **April, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**