UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEWSMAX MEDIA, INC.,<br><br>Defendant. | Case No. 4:24-cv-00797-O |

**JOINT MEDIATION REPORT**

Pursuant to Section II(5)(c) of the Scheduling Order entered in this case (ECF No. 13), Plaintiff Kimberly Starling and Defendant Newsmax Media, Inc. ("Newsmax" and, together with Plaintiff, the "Parties") submit this Joint Mediation Report and state as follows.

1. On June 12, 2025, the Parties participated in a lengthy Zoom mediation with The Honorable David E. Jones (Ret.) as permitted by the Court. *See* Order (ECF No. 25) at 1 (exempting the Parties from the Court's in-person mediation requirement).

2. Plaintiff and her counsel, Anthony Paronich, were present and participated in the mediation on Plaintiff's behalf. Newsmax's in-house counsel, Michael Olney, and its outside counsel, Daniel Blynn, were present and participated in the mediation on Newsmax's behalf.

3. The mediation was successful and resulted in a resolution between the Parties. The Parties are in the process of formalizing the written settlement agreement and release, and expect to fully effectuate the settlement by August 31, 2025.

Dated:  June 20, 2025

Respectfully submitted

| | |
|---|---|
| */s/ Anthony I. Paronich* | */s/ Daniel S. Blynn* |
| Anthony I. Paronich | Daniel S. Blynn (admitted *pro hac vice*) |
| PARONICH LAW, P.C. | STEPTOE LLP |
| 350 Lincoln Street, Suite 2400 | 1330 Connecticut Avenue, NW |
| Hingham, MA 02043 | Washington, DC 20036 |
| Tel: (617) 485-0018 | Tel: (202) 429-3000 |
| Fax: (508) 318-8100 | Fax: (202) 429-3902 |
| anthony@paronichlaw.com | dblynn@steptoe.com |
| | |
| Andrew Roman Perrong | Paul J. Stancil |
| PERRONG LAW LLC | State Bar No. 00797488 |
| 2657 Mount Carmel Avenue | STEPTOE LLP |
| Glendale, PA 19038 | 14106 Rocksprings Court |
| Tel: (215) 225-5529 | Dallas, TX 75254 |
| Fax: (508) 318-8100 | Tel: (713) 221-2321 |
| a@perronglaw.com | pstancil@steptoe.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 20, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record via the CM/ECF system.

    */s/ Daniel S. Blynn*
    Daniel S. Blynn