IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-00797-O |
| | § | |
| NEWSMAX MEDIA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Mediation Report (ECF No. 28) informing the Court that the parties have settled. Accordingly, the parties are **ORDERED** to file the appropriate settlement papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with a corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2)—**no later July 25, 2025**. All existing deadlines are hereby **STAYED** pending the filing of appropriate settlement papers. If the parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties should immediately file a Joint Status Report with the Court.

**SO ORDERED** on this **20th day** of **June, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1