UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEWSMAX MEDIA, INC.,<br><br>　　　　Defendant. | Case No. 4:24-cv-00797-O |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff Kimberly Starling and Defendant Newsmax Media, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the putative class's claims against Defendant. Each party shall bear its own attorneys' fees and costs.

Dated: July 10, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Andrew Roman Perrong
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glendale, PA 19038
Tel: (215) 225-5529
Fax: (508) 318-8100
a@perronglaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Daniel S. Blynn*
Daniel S. Blynn (admitted *pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
dblynn@steptoe.com

Paul J. Stancil
State Bar No. 00797488
STEPTOE LLP
14106 Rocksprings Court
Dallas, TX 75254
Tel: (713) 221-2321
pstancil@steptoe.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 10, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record via the CM/ECF system.

      */s/ Daniel S. Blynn*
      Daniel S. Blynn